

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00125-CV

**ROBERT MARLETT,**

**Appellant**

 **v.**

**LAURIE HEATH, ET AL,**

**Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D18-27437-CV

## MEMORANDUM  OPINION

Appellant Robert Marlett's notice of appeal states that he desires to appeal from the trial court's March 26, 2019 memorandum (letter) ruling.  The letter containing the trial court's rulings states, however:  "These memorandum rulings shall not be considered as an order or findings of fact and conclusions of law, but shall have the same effect as if orally pronounced in open court."

Appeals may be taken only from signed orders or judgments. *See* TEX. R. APP. P. 26.1. Marlett's notice of appeal is therefore premature because the trial court has not signed a judgment or appealable order.

On April 10, 2019, the Clerk of this Court notified Marlett that this appeal was subject to dismissal for want of jurisdiction and that the Court might dismiss this appeal unless, within ten days from the date of the letter, a response was filed showing grounds for continuing the appeal. We subsequently received the docketing statement. In it, Marlett confirms that the trial court has not signed a final order or judgment. And no other response has been received from Marlett.

Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

> REX D. DAVIS
> Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal dismissed
Opinion delivered and filed May 15, 2019
[CV06]

